```
          FILED          _____ RECEIVED
  _____ ENTERED          _____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

                MAY 1 2 2010

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:08-CR-269-JCM (RJJ)<br>) |
| MARCO ANTONIO-SANCHEZ,<br>aka Marco Sanchez-Urquidez, | )<br>)<br>) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO**
**DEFENDANT MARCO ANTONIO-SANCHEZ AKA MARCO SANCHEZ-URQUIDEZ**

On February 10, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant MARCO ANTONIO-SANCHEZ, aka Marco Sanchez-Urquidez to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant MARCO ANTONIO-SANCHEZ, aka Marco Sanchez-Urquidez.

DATED this 12th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE