**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>                           Plaintiff,    )<br>        v.                                        )<br>                                                      )<br>MARCO ANTONIO-SANCHEZ,     )<br>aka Marco Sanchez-Urquidez,         )<br>                                                      )<br>                           Defendant.  ) | 2:08-CR-269-JCM (RJJ) |

**FINAL ORDER OF FORFEITURE**

On February 10, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MARCO ANTONIO-SANCHEZ, aka Marco Sanchez-Urquidez to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which Defendant MARCO ANTONIO-SANCHEZ, aka Marco Sanchez-Urquidez pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on May 11, 2010, May 18, 2010, and May 25, 2010, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

　　a.　a Springfield Chamber, .45 caliber pistol, serial number N508436;

　　b.　a Springfield Chamber magazine loaded with eight (8) rounds of ammunition; and

　　c.　a Springfield Chamber magazine loaded with seven (7) rounds of ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 12th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Final Order of Forfeiture on July 7, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Mace J. Yampolsky
Mace Yampolsky, LTD
625 S. Sixth St.
Las Vegas, NV 89101
Email: Mace@macelaw.com
*Counsel for Marco Antonio-Sanchez*

Terrence M. Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
Email: Terry.Jackson.Esq@gmail.com
*Counsel for David Sanchez-Urquidez*

Todd M Leventhal
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
*Counsel for Pedro Ramirez-Gomez*

Paul Riddle
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
*Counsel for Mario Perez-Aguilar*

Raquel Lazo
Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
Email: EFC_Vegas@fd.org
*Counsel for Mario Perez-Aguilar*

    /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal