1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,                          )
                                                   )
                    Plaintiff,                     )
                                                   )
          v.                                       )
                                                   )          2:08-CR-269-JCM (RJJ)
MARCO ANTONIO-SANCHEZ,                             )
(aka Marco Sanchez-Urquidez),                      )
DAVID SANCHEZ-URQUIDEZ,                            )
PEDRO RAMIREZ-GOMEZ,                               )
(aka Osvaldo Salas-Rodriguez),                     )
MARIO PEREZ-AGUILAR,                               )
(aka German Ruiz Gutierrez).                       )
                                                   )
_____)
                    Defendants.                    )

**AMENDED FINAL ORDER OF FORFEITURE**

On February 10, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MARCO ANTONIO-SANCHEZ aka Marco Sanchez-Urquidez to a criminal offense, forfeiting specific property alleged in the Criminal Information and shown by the United States to have a requisite nexus to the offense to which defendant MARCO ANTONIO-SANCHEZ aka Marco Sanchez-Urquidez pled guilty.  Docket #94.

On March 16, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea

1 | of guilty by defendant MARIO PEREZ-AGUILAR, aka German Ruiz Gutierrez to a criminal offense,

2 | forfeiting specific property alleged in the Criminal Information and shown by the United States to

3 | have a requisite nexus to the offense to which defendant MARIO PEREZ-AGUILAR, aka German

4 | Ruiz Gutierrez pled guilty. #104.

5 | This Court finds the United States of America published the notice of the forfeiture in

6 | accordance with the law on May 11, 2010, May 18, 2010, and May 25, 2010 in the Las Vegas Review-

7 | Journal/Sun, further notifying all known third parties by personal service or by regular mail and

8 | certified mail return receipt requested, of their right to petition the Court. #109.

9 | The United States served all known third parties by personal service or by regular mail and

10 | certified mail return receipt requested. The United States Marshals Service served third party Jerry

11 | Stanis of 9877 S. 875 W., Covington, Illinois, 47932 by regular and certified mail on October 14,

12 | 2010. #119. Jerry Stanis signed the certified mail receipt on October 18, 2010. #119.

13 | PETITION:

14 | On October 19, 2010, Jerry Stanis signed a Petition, Stipulation for Return of Property, and

15 | Order. #117, #118. The United States filed the Petition, Stipulation for Return of Property, and Order

16 | on October 27, 2010. #117. On November 1, 2010, Jerry Stanis's Petition, Stipulation for Return of

17 | Property, and Order was entered. #118.

18 | This Court finds no other petitions were filed herein by or on behalf of any person or entity

19 | and the time for filing such petitions and claims has expired.

20 | This Court finds no other petitions are pending with regard to the assets named herein and the

21 | time for presenting such petitions has expired.

22 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

23 | title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

24 | United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

25 | 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 21, United States Code, Section

26 | . . . .

1    2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

2    law:

3            (a)      a Springfield Chamber .45 caliber pistol, serial number N508436;

4            (b)      a Springfield Chamber magazine loaded with eight (8) rounds of ammunition;

5                 and

6            (c)      a Springfield Chamber magazine loaded with seven (7) rounds of ammunition

7        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

8    funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

9    any income derived as a result of the United States of America's management of any property forfeited

10    herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

11        The Clerk is hereby directed to send copies of this Order to all counsel of record and three

12    certified copies to the United States Attorney's Office.

13        DATED this ___22nd___ day of December, 2010.

14

15                             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

1

**PROOF OF SERVICE**

2
    I, Karen Michelini, certify that the following individuals were served with copies of the
Amended Final Order of Forfeiture on December 16, 2010 by the below identified method of service:

3

Electronic Filing

4

5
Mace J. Yampolsky
Mace Yampolsky, LTD

6
625 South Sixth Street
Las Vegas, Nevada 89101

7
Mace@macelaw.com
*Counsel for Marco Antonio-Sanchez*

8
Terrence M. Jackson
Law Office of Terrence M. Jackson

9
624 South Ninth Street
Las Vegas, Nevada 89101

10
Terry.Jackson.Esq@gmail.com
*Counsel for David Sanchez-Urquidez*

11

12
Todd M. Leventhal
Flangas & Leventhal

13
600 Third Street
Las Vegas, Nevada 89101

14
todlev@yahoo.com
*Counsel for Pedro Ramirez-Gomez*

15
Paul Riddle
Federal Public Defender

16
411 E. Bonneville Street
Las Vegas, Nevada 89101

17
ECF_Vegas@fd.org
*Counsel for Mario Perez-Aguilar*

18

19
Raquel Lazo
Federal Public Defender

20
411 E. Bonneville Street
Las Vegas, Nevada 89101

21
ECF_Vegas@fd.org
*Counsel for Mario Perez-Aguilar. . .*

22
Chris T. Rasmussen
Rasmussen & Kang LLC

23
330 South Third Street - Suite 1010
Las Vegas, Nevada 89101

24
rasmussenlaw@hotmail.com
*Counsel for Mario Perez-Aguilar*

25
. . . .

26
. . . .

Franny A. Forsman
Federal Public Defender
411 E. Bonneville Street
Las Vegas, Nevada 89101
bonnie_box@fd.org
*Counsel for Mario Perez-Aguilar*

/s/ Karen Michelini
Karen Michelini
Forfeiture Support Associate Paralegal